**Beverly Leslie Taylor, Plaintiff-Appellant, v. Robert Taylor, Defendant-Appellee.**

Gen. No. 50,957.

First District, Second Division.

April 26, 1966.

Gomberg & Missner, of Chicago (Sidney D. Missner, of counsel), for appellant; no appearance made for appellee. Opinion by JUSTICE LYONS. Not to be published in full.